IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30483
Conference Calendar
_____


HENRY HARRIS,

                                        Plaintiff-Appellant,

versus

PAROLE BOARD ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 96-CV-89
- - - - - - - - - -
October 24, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Henry Harris, Louisiana inmate #116174, appeals the dismissal of his civil rights complaint. Harris' arguments fail to challenge the district court's judgment. Thus, any issue as to the propriety of the dismissal, without prejudice, for failure to exhaust Harris' available state remedies, is deemed abandoned on appeal. See Eason v. Thaler, 14 F.3d 8, 9 n.1 (5th Cir. 1994).

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

The appeal is without arguable merit and is thus frivolous. 5th Cir. R. 42.2.  Because it is frivolous, it is DISMISSED.

APPEAL DISMISSED.